UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

---------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO
RICO, et al.,

        Debtors.

---------------------------------------------------------------x

PROMESA
Title III

Case No. 17-3283 (LTS)
(Jointly Administered)

ASOCIACIÓN PUERTORRIQUEÑA DE
PROFESORES UNIVERSITARIOS, ÁNGEL
RODRÍGUEZ RIVERA, JAVIER CÓRDOVA
ITURREGUI, HERIBERTO MARÍN CENTENO,
YOHANA DE JESÚS BERRÍOS, ANNABELL
C. SEGARRA, NYDIA E. CHÉVEREZ
RODRÍGUEZ, FRANCES BOTHWELL DEL TORO,
LIDA ORTA ANÉS, AND IVETTE BONET
RIVERA,

Plaintiffs,

        v.

UNIVERSITY OF PUERTO RICO, GOVERNING
BOARD OF THE UNIVERSITY OF PUERTO RICO,
WALTER ALOMAR JIMÉNEZ, ZORAIDA BUXÓ
SANTIAGO, ERIC PÉREZ TORRES,
ALEJANDRO CAMPORREALE MUNDO,
ANTONIO MONROIG MALATRASSI, NEFTALÍ
SOTO SANTIAGO, EMILIO COLÓN BELTRÁN,
JORGE HADDOCK ACEVEDO, AND
FINANCIAL OVERSIGHT AND MANAGEMENT
BOARD FOR PUERTO RICO,

Defendants,

MAYRA OLAVARRIA CRUZ, ALAN
RODRÍGUEZ PEREZ, JORGE RIVERA
VELAZQUEZ, NAOMY RIVERA, AND
UNIVERSITY OF PUERTO RICO RETIRMENT
SYSTEM,

Nominal Defendants.

---------------------------------------------------------------x

Adv. Proc. No. 19-00034 LTS

Judgment
Adv. Proc. No. 19-00034-LTS

## JUDGMENT

Pursuant to the "Memorandum Order Overruling Objection, Adopting Report and Recommendation, and Denying Motion for Leave to File Second Amended Complaint" issued on July 21, 2020 (Docket Entry No. 37), Judgment is entered closing the above captioned adversary proceeding.

SO ORDERED.

Dated: July 27, 2021

MARÍA ANTONGIORGI JORDÁN, ESQ.
Clerk of Court

By: s/Carmen Tacoronte
Carmen Tacoronte
Deputy Clerk