# United States Court of Appeals
## For the First Circuit

No. 21-1690

IN RE: THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE FOR THE COMMONWEALTH OF PUERTO RICO; THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE FOR THE PUERTO RICO SALES TAX FINANCING CORPORATION, a/k/a Cofina; THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE FOR THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO; THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE FOR THE PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY; THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE FOR THE PUERTO RICO ELECTRIC POWER AUTHORITY (PREPA); THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE OF THE PUERTO RICO PUBLIC BUILDINGS AUTHORITY,

Debtors,

ASOCIACION PUERTORRIQUEÑA DE PROFESORES UNIVERSITARIOS; ANGEL RODRIGUEZ-RIVERA; JAVIER CORDOVA-ITURREGUI; HERIBERTO MARIN-CENTENO; YOHANA DE-JESUS-BERRIOS; ANNABELL C. SEGARRA; NYDIA E. CHEVEREZ-RODRIGUEZ; FRANCES BOTHWELL-DEL TORO; IVETTE BONET-RIVERA; LIDA ORTA-ANES,

Plaintiffs - Appellants,

MARIA DEL MAR ROSA RODRIGUEZ,

Movant - Appellant,

v.

UNIVERSITY OF PUERTO RICO; GOVERNING BOARD OF THE UNIVERSITY OF PUERTO RICO; MAYDA VELASCO-BONILLA, in her official capacity as President of the Governing Board of the University of Puerto Rico; WALTER ALOMAR-JIMENEZ, in his personal capacity; RICARDO DALMAU-SANTANA, in his official capacity as Vice-President of the Governing Board of the University of Puerto Rico; ZORAIDA BUXO-SANTIAGO, in her personal capacity; MANUEL GONZALEZ-DEL TORO, in his official capacity as a member of the Governing Board of the University of Puerto Rico; ERIC PEREZ-TORRES, in his personal capacity; ALEJANDRO CAMPORREALE-MUNDO, in his official capacity as a

member of the Governing Board of the University of Puerto Rico and in his personal capacity; HERMAN CESTERO-AGUILAR, in his official capacity as a member of the Governing Board of the University of Puerto Rico; ANTONIO MONROIG-MALATRASSI, in his official capacity as a member of the Governing Board of the University of Puerto Rico and in his personal capacity; MARGARITA VILLAMIL-TORRES, in her official capacity as Secretary of the Governing Board of the University of Puerto Rico; NEFTALI SOTO-SANTIAGO, in his personal capacity; ELIEZER RAMOS-PARES, in his official capacity as a member of the Governing Board of the University of Puerto Rico; EMILIO COLON-BELTRAN, in his official capacity as a member of the Governing Board of the University of Puerto Rico and in his personal capacity; JORGE VALENTIN-ASENCIO, in his official capacity as a member of the Governing Board of the University of Puerto Rico; LEONARDO VALENTIN-GONZALEZ, in his official capacity as a member of the Governing Board of the University of Puerto Rico; LOURDES SOTO DE LAURIDO, in her official capacity as a member of the Governing Board of the University of Puerto Rico; ELIUD RIVAS-HERNANDEZ, in his official capacity as a member of the Governing Board of the University of Puerto Rico; MAYRA OLAVARRIA-CRUZ, in her personal capacity and in her official capacity as Interim President of the University of Puerto Rico; JORGE HADDOCK-ACEVEDO, in his personal capacity; THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO; ALAN RODRIGUEZ-PEREZ, in his personal capacity; UNIVERSITY OF PUERTO RICO RETIREMENT SYSTEM; NAOMY RIVERA, in her personal capacity; JORGE RIVERA-VELAZQUEZ, in his official capacity as a member of the Governing Board of the University of Puerto Rico and in his personal capacity,

Defendants - Appellees,

MARYSEL PAGAN-SANTANA; EFRAIN RODRIGUEZ-OCASIO,

Defendants.

## MANDATE

Entered: March 23, 2023

In accordance with the judgment of February 14, 2023, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court:

Maria R. Hamilton, Clerk

cc:
Hermann D. Bauer-Alvarez
Martin J. Bienenstock
Juan M. Casellas
Francisco Ramon Gonzalez-Colon
Francisco Jose Gonzalez-Magaz
Mark David Harris
Lucas Kowalczyk
Jennifer Lopez-Negron
Michael T. Mervis
Timothy W. Mungovan
Tanaira Padilla Rodríguez
Guillermo Ramos Luiña
John E. Roberts
Dietrich L. Snell
Maja Zerjal